UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                            Case No. 2:16-pt-7
                                             HON. PAUL L. MALONEY

MICHAEL D. PEAK,

           Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 9, 2016 for an initial appearance on the petition for warrant for offender under supervision.  Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

The government moved for detention pending further hearing and defendant preserved the issue of detention and requested time to decide if a hearing was needed.

The defendant will remain in the custody of the U.S. Marshal Service pending further proceedings.

IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                         TIMOTHY P. GREELEY
                                                         UNITED STATES MAGISTRATE JUDGE

Dated: 8/9/2016