UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 2:16-pt-07

v.

                                          HONORABLE PAUL L. MALONEY

MICHAEL D. PEAK,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No.19).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.     The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

        2.     Defendant's admission of guilt is accepted and defendant is adjudicated guilty of Violation One of the petition.  A judgment shall issue.

Date:  September 12, 2016                          /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge